No. 92–8670. NUNEZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8672. PONTILLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8673. RUFFIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8680. PAUL v. JET AVIATION MANAGEMENT AG, SWITZERLAND, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8682. HILLS, AKA SHELBY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8687. COLBERT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8688. EDMONDS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8690. COLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8696. MARKHAM v. FIRST GUARANTY MORTGAGE CORP. Sup. Ct. Ark. Certiorari denied.

No. 92–8699. CROW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8700. BIRDSONG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8701. PASCUCCI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8703. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8704. HUMMASTI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8705. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8707. SPRUILL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.